## MARCH TERM, 1797.

PRESENT—M'KEAN, CHIEF JUSTICE, SHIPPEN, YEATES AND SMITH, JUSTICES.

THOMAS MIFLIN Esq., governor, *against* WILLIAM WILL Esq., late sheriff, et al.

Leaving a *fi. fa.* at the sheriff's office, or at the house where he usually transacts his business, is equivalent to a delivery thereof to him.

DEBT 12,000*l.* on a sheriff's bond. The suit was brought under the act of assembly passed 5th March 1790, (2 Dall. Laws, 771,) at the instance of Jonas Philips.

Two judgments had been entered up in this court on the 4th August 1794, one by Jonas Philips, the other by John Wilcocks, agains Samuel Edwards, and writs of *fieri facias* issued thereon the same day. Edwards's goods were levied on and sold by the sheriff, and the money arising therefrom had been paid to Wilcocks, on his executing an indemnification bond.

The question was, which execution came first to the sheriff's hands, and of course bound the goods of Edwards?

The court declared, that leaving an execution at the sheriff's office, or the house where he usually transacted his business, was equivalent to a delivery thereof to him, or his under sheriff, under the act of assembly for the prevention of ;frauds and perjuries, passed 21st March 1772. 1 Dall. Laws, 641. Vid. 1 Term. Rep. 729.

Verdict *quo quer.* for 1310*l.* 8*s.* 4*d.* debt, and six pence costs.
Messrs. M. Levy, M'Kean, and Read, *pro quer.*
Messrs. Tilghman, Rawle and Heatley, *pro def.*